FILED

AUG 10 2021

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.

JOSEPH WILLIAMS,

Defendant.

Criminal No. 1:21 CR 40 TSK MJA

Violations: 18 U.S.C. § 7(3)
18 U.S.C. § 13
W. Va. Code § 61-8-9(a)
W. Va. Code § 61-8-9(c)

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

### (Indecent Exposure)

On or about January 27, 2020, in Preston County, West Virginia, within the Northern District of West Virginia, the defendant, **JOSEPH WILLIAMS**, having previously been convicted of indecent exposure within the United States District Court for the Northern District of West Virginia on March 29, 2019, at a place within the special maritime and territorial jurisdiction of the United States and on land acquired for the use of the United States and under its jurisdiction, namely, United States Penitentiary Hazelton, intentionally exposed his sex organs to another person and engaged in masturbation, an overt act of sexual gratification, intentionally and for the purpose of sexual gratification, and did so under circumstances in which **JOSEPH WILLIAMS** knew that his conduct was likely to cause affront and alarm, in violation of Title 18, United States Code §§ 7(3) and 13, and West Virginia Code, Chapter 61, Article 8, Sections 9(a) and (c).

RANDOLPH J. BERNARD
Acting United States Attorney

Christopher L. Bauer
Assistant United States Attorney